**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-2872
_____

JASMINDER SINGH,
                                    Appellant

v.

WARDEN FORT DIX FCI
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.N.J. No. 1:24-cv-08527)
District Judge:  Honorable Karen M. Williams
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 1, 2025
Before:  KRAUSE, PHIPPS, and ROTH, <u>Circuit</u> <u>Judges</u>

(Opinion filed: July 3, 2025)
_____

OPINION*
_____

**PER CURIAM**

Appellant Jasminder Singh, a native of India who was previously confined at Fort

Dix FCI in New Jersey, appeals pro se from an order denying his 28 U.S.C. § 2241

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

petition. That petition challenged Singh's classification by the Federal Bureau of Prisons ("BOP") as a "Deportable Alien," rendering him ineligible for a transfer to a "camp," or for benefits under the Second Chance Act. See 18 U.S.C. § 3621(b); BOP Program Statement 7310.04. As relief, Singh requested that the "Deportable Alien" classification be removed, and the BOP ordered to conduct a new custody classification. D.Ct. ECF No. 1 at 7.

The District Court sua sponte dismissed Singh's petition for lack of subject matter jurisdiction. Singh filed a timely notice of appeal. However, Singh has since been released from BOP custody. See 3d Cir. ECF No. 19; see also Inmate Locator (bop.gov) (last visited June 9, 2025). In light of this development, and despite Singh's arguments to the contrary, there is no relief for this Court to grant in this appeal. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").

Accordingly, this appeal is now moot, and we will dismiss it on that basis.